AO 91 (Rev. 6/95) Criminal Complaint

# United States District Court



NOV 2 9 2011

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 11-mj-6067 |
| DOUGLAS H. PONDER | |
| Pekin, Illinois 61554 | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 07/10/11 through to 11/28/11 in Tazewell County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

use a facility of interstate commerce, being the internet, to knowingly attempt to persuade, induce or entice a person who has not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense under Illinois law, to wit: aggravated criminal sexual abuse in violation of 720 ILCS 5/12-16(d),

in violation of Title 18 United States Code, Section(s) 2422(b)

I further state that I am a(n) USSS Special Federal Officer Jeff Avery and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: Yes ☐ No ☒

s/ Jeffery Avery

USSS SFO Jeff Avery
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 29, 2011 at Peoria, Illinois
Date                                                City and State

s/ John A. Gorman

Hon. John A. Gorman
U.S. Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

## AFFIDAVIT

I, Special Federal Officer Jeffery Avery, being duly sworn on oath, state the following:

I am a Task Force Officer with the United States Secret Service (USSS) assigned to the Central Illinois Cybercrime Unit (CICU) in Peoria, Illinois Division. I also have been a deputy sheriff with the Peoria County Sheriff's Department (PCSD) for 22 years. I am currently a detective with the PCSD and have investigated child exploitation cases. I have experience investigating laws pertaining to federal child exploitation of minors. As a member of the CICU, I work with other law enforcement agents who are also members of the CICU, and who like myself have received special training in computer crime and Internet investigations. I have consulted with experts and specialists trained in the analyzation of computers and computer storage devices and in the transference of information through the use of computer technology. I have participated in numerous computer crime investigations and in execution of numerous warrants involving the search and seizure of computer, computer storage media, software, and other electronic storage information.

This affidavit is based upon information I have gained from my investigation, my training and my experience. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

This affidavit is submitted in support of a criminal complaint and arrest warrant for DOUGLAS H. PONDER for using a facility or means of interstate or foreign commerce to knowingly and knowingly attempting to persuade, induce, entice or coerce someone who is under the age of 18 years of age to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States code, Section 2422(b).

Pursuant to 720 ILCS 5/12-16(d), it is a violation of the Illinois Criminal Code for anyone to commit an act of sexual penetration or sexual conduct with a victim who is at least 13 years of age, but under 17 years of age and the accused was at least five years older than the victim.

## PROBABLE CAUSE

DOUGLAS H. PONDER was born on August 15, 1966 and was 45 years of age on November 28, 2011.

On July 10, 2011, this affiant occupied a Yahoo Messenger chat room (Illinois 4) on the Internet posing as a 15 year old female (hereinafter referred to as the female). While in the chat room, the female received an instant message from a subject with the screen name of micasa_2_1999 (hereinafter referred to as the suspect). Suspect indicated he was a male from Pekin, Illinois looking for a friend with benefits. He asked the female if she would be interested. The female responded, "well I'm only 15 so sorry, good luck tho." Suspect asked the female if she had ever been with a man before in which the female stated, "not really." Suspect also asked if the female had ever done anything before and again she indicated that she hadn't. Suspect then asked the female if she had ever been with another girl and the female replied, "no way."

The suspect asked the female if she had any pictures. When she stated that she did, the suspect sent the female a photo sharing request. The suspect and female then exchanged pictures of each other. Four (4) of the photographs sent to the female were of suspect's erect penis.

The chat continued with suspect asking the female if she would be with an older man. When female asked how old the suspect replied, "we'll I'm 44." The female asked the suspect if he could get in trouble for being with someone her age, the suspect replied, "yes, I would wait until u were 18, so I wouldn't get in trouble." "Now would get me in trouble if someone found out." Suspect later stated, "unless u didn't tell anyone now would be fine."

Continuing with the July 10, 2011 chat the suspect asked the female what she would like to do if they got together. The female stated she didn't know. The suspect replied, "we could do whatever u wanted too and even experiment with things if you like." The suspect then asked the female if she had ever played with herself and how big her "boobs" were. The suspect later asked the female, "do u shave your pussy? Or is it fully grown?"

At the conclusion of the July 10th chat the suspect stated to the female that she could add him if she wanted. This meant that the female could add him to her friend's list. When the female added the suspect to her friend's list, suspect's screen name changed from micasa_2_1999 to Douglas Ponder.

On September 23, 2011 the chats between suspect and female continued. Suspect initiated the chat and the female commented that they hadn't chatted for a long time. When female asked the suspect how he was the suspect replied, "I'm good too just onely and horny is all." Suspect also asked the female if she had any pics. Suspect later asked the female, "u ever been with a guy?" The chat continued and was sexual in nature. Suspect continually asked the female if she had ever played/touched herself and if she liked the feeling. He told the female, "you should keep doing it until u make yourself cum I guarantee u will love that feeling." Suspect also asked the female if she could take some nude pics and show them to him next time they talked.

The chats between suspect and female continued on September 25, 2011. The suspect asked the female, "u been playing with urself anymore and made yourself cum yet?" The female responded that she hadn't been. The suspect asked the female questions about her ex-boyfriend and if they ever had sex. When the female stated that they didn't have sex the suspect asked if she wanted to. The suspect asked if she wanted an older guy or someone her age. The female answered, "I don't know, maybe someone older. Never really think about it." The suspect then stated, "well an older guy will treat u better and also show u some things sexually." "Too bad your not closer I would love to show u some things." The suspect asked the female if she had a girlfriend with a car. When the female stated she did the suspect replied, "kool maybe u could have her bring u over and we all could have some fun…we could have a 3some sexually." "I fuck both of you and u guys fuck each other as well." The female stated she wasn't interested and her friend wouldn't be either.

The chat continued with the suspect stating, "well u think about it and if u want to come over sometime just let me know. When asked what they would do the suspect replied, "would u want to have sex?" The female asked if that is what he wanted to do and the suspect answered, "yes, I could teach u." The suspect told the female, "I'd be gentle and go slow." The female and suspect then talked about where the suspect lived with the suspect giving directions to his residence.

Continuing with the September 25th chat the suspect asked the female, "ok, so would u want to have sex if u cum over?" The female replied, "I don't know, can we just like talk and stuff?"

On November 3, 2011 the chats continued. The suspect initiated the chat and asked the female if she could show him her pictures again. The female then sent the suspect several pictures of herself. The suspect in turn sent the female six (6) pictures of himself in which five (5) were pictures of his erect penis. The suspect asked the female if she liked his pictures. He also asked if she had ever had sex. When the female stated she hadn't the suspect asked, "would u like to have sex with me?" The female responded, "oh, I don't know…don't really know you." "just your lots older rite." The suspect replied, "yes but I won't tell if u won't."

The November 3rd chat continued and was sexual in nature. The suspect asked the female, "so would u have sex with me if u could make it to Pekin?" The female stated she didn't know. The suspect stated that the female should come over and learn. When the female asked what she could learn, the suspect replied, "how to suck cock…take cock in your pussy…maybe take cock in your ass."

The November 3rd chat ended with the suspect asking the female to take some nude pics with her camera phone and send them to him.

On November 4, 2011 the chat continued between the suspect and female. The suspect initiated the chat and asked the female if she had thought about what they had talked about the previous night. When the female asked if he meant her coming over, the

suspect replied, "yes I asked if u would like to come over and have sex remember." The female indicated that she would like to see the suspect, but wasn't sure about what else she could do. The suspect stated, " why don't u think u could do anything else? I would show u and there is nothing to be scared about."

The November 4th chat continued with the female asking the suspect if she did decide to meet was there someplace they could meet at and talk first. The suspect indicated there was a gas station close to where he lived that they could meet at. Suspect then stated, "it would b awkward with u being so young and all being seen in public like that though u know that might get me in trouble…that's why I would rather u cum here to my place." Suspect later stated, "wouldn't want to get me in trouble now would u?" The conversation continued and suspect told the female to think about it and let him know. Suspect then stated, "u might be in trouble with ur parents but I would go to jail and I definitely don't want that do u?"  The chat ended with the suspect asking the female to think about everything and to let him know.

The chats continued on November 6, 2011 with the suspect asking the female if she thought about everything some more. The female stated she would like to see the suspect but the sex stuff made her really nervous.

On November 19, 2011 the chat between the suspect and female continued. The suspect asked the female if she was still thinking about what they had talked about. Female stated she was ready to see him. Suspect then asked about the other stuff they talked about. When she asked if he meant having sex, she stated she thought she was ready. Suspect and female talked briefly about a location where to meet. Suspect later asked the female if she had taken any nude pictures of herself. The suspect asked the female what she would be willing to do if they met. When the female said she didn't know the suspect asked, "ur willing to try anything once though right?" Suspect then asked about anal and then asked, "what about sucking my cock?" Suspect told female, "and I'll lick your pussy how's that sound?"

Continuing with the November 19th chat the suspect stated, "and I know u'll like it when I stick my cock inside your pussy.  I'll take it slow at first so u can get use to it ok." During the chat the female commented, "so u like have really tried hard in talkin me into meeting u haven't u?" The suspect replied, "yes, I've asked u that and yes it would be nice to meet u and do stuff but if u really don't want to I totall understand I'm not gonna pressure u into anything ok." Suspect asked the female what made her decide she wanted to have sex with him, and the female responded, "not sure, guess cuz you've been asking so much." Suspect replied, "I C, well I don't want u to feel pressured into doing it just because I asked ok?" "I really want u to want to do it ok..and not just for me. I want it to be for u mainly ok?"

On November 21, 2011 the chats continued. The suspect asked the female if she still wanted to come over. Suspect stated that he could meet at the Aldi's grocery store on Broadway and then walk back to his house. Suspect asked female what she wanted to do when they got to his house. Female stated she wanted to talk and get to know each

other and suspect replied, "we can definitely do that babe..ok I hope u want to have sex but I'm not gonna pressure u ok?" The female indicated that she was scared of getting pregnant if they did have sex. Female stated she would be in lots of trouble and suspect responded, "and I would go to jail and I don't want that."

The female asked suspect why he was wanting to meet and have sex with someone her age and suspect replied, "I just like sex…never been with anyone ur age before." The chat continued with suspect telling the female that someday this would be a good story for her someday to tell her friends after she turned 18. Female stated she still wouldn't tell because her parents would kill her. Suspect stated, "true and there is no statute of limitation on statutory rape which is what that would be considered in the eyes of the law."

The chats continued on November 24, 2011. Suspect told the female that he would not have access to a truck on Monday, but he could meet somewhere and then walk back to his house. Female asked about the Aldi's and suspect stated if that was still on. Suspect indicated that he didn't get off work until 3:30 and he would have his ride drop him off at Aldi's after work. Suspect and female exchanged cell phone numbers, so suspect could text female when he was on his way from work. Suspect stated, "we won't hold hands or anything until we get here ok don't want anyone seeing us like that in public ok?"

On November 26, 2011 the chat continued between suspect and female. Suspect asked the female if she was still coming over on Monday. Suspect asked if he could kiss her when they got to his house. The female asked suspect what he had been thinking about doing when they met. Suspect stated, "no just touching ur tits and rubbing ur clit to start off with if that's ok with u." Female stated she just wanted to take things slow. The chat continued and was sexual in nature.

The chat continued on November 27, 2011 between the suspect and female. Suspect asked the female if she was still coming on Monday. The female replied that she was and stated she would wait for suspect to text her when he got off work at 3:30. The female stated she would then have her friend drop her off at the Aldi's in Pekin. Suspect asked the female if she had ever watched a porno movie before. Suspect told the female that she could learn a lot from watching porno movies. At the end of the chat the suspect stated, "ok babe can't wait to see u tomorrow, hope u feel the same way and want to do things you've never done before."

On November 28, 2011 at 6:39 a.m., female received a text message on a cellular telephone from the suspect. The text was, "Good morning babe have a great day at school and see u tonight…Douglas Ponder". The female replied with a text, "Hi, thnx."

At approximately 3:00 p.m. pursuant to a pre-determined operational plan, myself and Pekin Police Detective Danielle Keen arrived at the pre-arranged meeting location and set up surveillance inside the store. Secret Service Special Agent Scott King and Pekin Police Detective Doug Jones set up surveillance outside the store. At about 3:37

p.m. a text message of "hey was up" was sent to suspect. At 3:42 p.m. suspect responded with a text of "just leaving work be there in about 20 mins..Doug Ponder." Female responded with a text indicating she was already at the pre-arranged meeting place. At 3:45 p.m. another text was sent to suspect reading, "I'm insid cuz it's cold! Want 2 txt when u get here &I'll meet u outside? R u wanna com in." Suspect responded with text saying that he would come in. At 3:49 p.m. female received text from suspect reading, "K, I'll b in an army camophlose coat..Doug Ponder."

At approximately 4:05 p.m. a green Chevrolet Blazer with Illinois registration 871 1906 was observed driving into the parking lot of the pre-arranged meeting place and stopping in front of the front door to the business. A white male wearing an army camouflage jacket was observed getting out of the passenger side of vehicle. The white male also matched the description of suspect. This was based on the pictures that had been sent during the investigation and an Illinois driver's license photograph. As suspect approached the front door I confronted him and identified myself as a police officer. Subject stated his name was Doug Ponder and he was there to meet someone. Ponder was placed under arrest and handcuffed. He was placed into the front seat of Agent King's squad car. Agent King advised Ponder why he was under arrest and asked for consent to search his residence and seize any computer/digital media. Ponder gave written consent for the search/seizure of his residence. While at Ponder's residence Agent King advised Ponder of his Miranda Rights and Ponder stated he intended to fully cooperate.

Ponder was subsequently transported to the Pekin Police Department to be interviewed. Special Agent King advised Ponder that the interview was to be video recorded and Ponder acknowledged this. Ponder was read his Miranda Rights by Agent King and he waived his rights and agreed to speak with agents. During the interview, Ponder stated he arrived at the pre-determined meeting location to meet with a 15 year old female he had been chatting with on Yahoo Messenger by the name of Jenny. Ponder stated that during the course of the chats they became sexual in nature. Ponder admitted that he asked the female if she would have sex with him and other sexual advances towards her. Ponder however stated that he was only going to talk with the female and had no intentions of going back to his residence for the purpose of having sex with the female.

Ponder further stated that he knew that chatting with the female was wrong, but continued because it made him feel good that a young girl seemed interested in him.

Ponder was shown numerous passages from some of the chats he had with the female. He admitted to sending the messages and initialed them.

Based on the screen name of Douglas Ponder, I ran a check of that name on the TLO law enforcement database and found a Douglas H. Ponder residing at 103 Schramm Drive, Apartment 6, Pekin, Illinois with a date of birth of August 15, 1966.

All the chats between suspect and female occurred while I was located in Peoria County, Illinois and Ponder was located in Tazewell County, Illinois within the Central District of Illinois.

Therefore, it is respectfully requested that the criminal complaint and arrest warrant be issued authorizing the arrest of DOUGLAS H. PONDER.

s/ Jeffery Avery

Jeffery D. Avery
Special Federal Officer
United States Secret Service


Subscribed and sworn to before me this 29th day of November, 2011
s/ John A. Gorman

John A. Gorman
United States Magistrate Judge